No. 95–8729. DOWNS v. VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–8758. WRIGHT v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 95–8782. HANSEN v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 95–8816. WOOTTON v. FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 95–8818. BAXTER v. CITY OF LOS ANGELES, CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–8837. CARSON v. FAUVER. C. A. 3d Cir. Certiorari denied.

No. 95–8847. MEDINA-ACEVEDO v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–8866. MOLINA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–8869. GRAVES v. SAUNDERS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 95–8875. LeBON v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 95–8883. BEVILL v. MISSISSIPPI. Ct. App. Miss. Certiorari denied.

No. 95–8884. CORREA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–8896. SMITH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–8901. COUSE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8907. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–8908. SWEAT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.